No. ——. JOHNSON ET AL. *v*. STEVENSON. On consideration of the supplemental motion for stay submitted by counsel for the petitioners, it is ordered by this Court that the motion to expand the order of MR. JUSTICE BLACK of September 29, 1948, be, and it is hereby, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this motion. *Alvin J. Wirtz, James V. Allred, Thurman Arnold, Abe Fortas, Hugh Cox, Raymond Buck, Luther E. Jones, Jr.* and *Everett L. Looney* for petitioners. *Henry H. Brooks* and *Dan Moody* for respondent.

No. ——. JOHNSON ET AL. *v*. STEVENSON. On consideration of the motion of counsel for Coke R. Stevenson to vacate the order of MR. JUSTICE BLACK of September 29, 1948, and to dismiss the proceedings, it is ordered by this Court that the said motion be, and it is hereby, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this motion. *Alvin J. Wirtz, James V. Allred, Thurman Arnold, Abe Fortas, Hugh Cox, Raymond Buck, Luther E. Jones, Jr.* and *Everett L. Looney* for petitioners. *Henry H. Brooks* and *Dan Moody* for respondent.